# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GIFFORD, MARY LOU MOLINA, RANDY MILAND, KAREN PERRI on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>PETS GLOBAL INC.,<br>a California Corporation,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-02136-CJC-MRW<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Judge Cormac J. Carney |

　　This matter is before the Court on the parties' Stipulation to Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement.

　　Good cause appearing, IT IS HEREBY ORDERED THAT:

　　1. The deadline for the Parties to file a Motion for Preliminary Approval of the Class Action Settlement shall be extended to October 18, 2021.

**IT IS SO ORDERED**

DATED: September 28, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Judge Cormac J. Carney
　　　　　　　　　　　　　　　　　　　United States District Judge