# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GIFFORD, MARY LOU MOLINA, RANDY MILAND, KAREN PERRI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PETS GLOBAL INC., a California Corporation,<br><br>Defendant. | Case No. 2:21-cv-02136-CJC-MRW<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Judge Cormac J. Carney |

This matter is before the Court on the parties' Second Stipulation to Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. The deadline for the Parties to file a Motion for Preliminary Approval of the Class Action Settlement shall be extended to October 25, 2021.

**IT IS SO ORDERED**

DATED: October 14, 2021.

_____
Hon. Judge Cormac J. Carney
United States District Judge