Alex R. Straus, SBN 321366
astraus@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176
*Plaintiffs' Attorneys*
*Additional attorneys on signature page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GIFFORD, MARY LOU MOLINA, RANDY MILAND, KAREN PERRI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PETS GLOBAL INC., a California Corporation,<br><br>Defendant. | Case No. 2:21-cv-02136-CJC-MRW<br><br>**PLAINTIFFS' NOTICE OF MOTION OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Judge Cormac J. Carney |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that as soon as counsel may be heard by the above-captioned Court, located at 411 West Fourth Street, Courtroom 9 B, Santa Ana, California, 92701, Plaintiffs Paul Gifford, Randy Miland, and Mary Lou Molina ("Plaintiffs"), will hereby move for an order:

    1.    Approving class preliminary approval of the class action settlement as set forth in the Settlement Agreement attached as Exhibit 1 to the Declaration of J. Hunter Bryson in support of Plaintiffs' Motion for Preliminary

Approval of Class Action Settlement ("Bryson Decl.") attached as Exhibit 1 to the Memorandum of Points and Authority in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

2. More specifically, Plaintiffs move for an Order:

(1) granting preliminary approval of the proposed Settlement;

(2) conditionally certifying the Settlement Class for settlement purposes only;

(3) approving the parties' proposed Notice Plan and Class Notice;

(4) conditionally appointing Plaintiffs as Class Representatives for the Settlement Class;

(5) conditionally appointing the law firm of Milberg Coleman Bryson Phillips Grossman, PLLC as Settlement Class Counsel;

(6) conditionally appointing JND Legal Administration as the Settlement Claim Administrator;

(7) setting deadlines for any objections to, and/or requests for exclusion from, the proposed Settlement; and

(8) setting the schedule for further proceedings as described in Plaintiffs' Memorandum of Points and Authorities In Support Thereof.

3. This motion is unopposed by Defendant. Further, it is based upon the accompanying Memorandum of Points and Authorities, the concurrently filed declaration of J. Hunter Bryson, declaration of Gina M. Intrepido-Bowden, declaration of Frank Bernatowicz, the October, 21 2021 Settlement Agreement with Exhibit, and such evidence and argument as the Court may consider.

Dated: April, 4 2022.             Respectfully submitted,

*/s/ Alex R. Straus*
Alex R. Straus, SBN 321366
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsímile: (310) 496-3176
astraus@milberg.com

Arthur Stock*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
Fax: 865-522-0049
astock@milberg.com

Daniel K. Bryson*
J. Hunter Bryson*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC, 27603
Tel: (919) 600-5000
Fax: (919)600-5035
dbryson@milberg.com
hbryson@milberg.com

*Attorneys for Plaintiffs*
* by *pro hac vice*