**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL GIFFORD, MARY LOU MOLINA, RANDY MILAND, KAREN PERRI on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>PETS GLOBAL INC.,<br>a California Corporation,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-02136-CJC-MRW<br><br>*Hon. R. Judge Cormac J. Carney*<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR A REMOTE APPEARANCE [66]**<br><br>*[Defendants' Request for Remote Appearance filed concurrently herewith]*<br><br>Hearing date: December 12, 2022<br>Time:　　　1:30 p.m.<br>Courtroom:　9 |

**ORDER GRANTING DEFENDANT'S REQUEST FOR REMOTE APPEARANCE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant PETS GLOBAL INC., ("Defendant") requested permission to appear telephonically at the hearing on (1) Plaintiff's Motion and Unopposed Motion and for Final Approval of Class Action Settlement, and (2) Plaintiff's Unopposed Motion for Attorneys' Fees, both set for Monday, December 12, 2022, due to Defendant's counsel's illness and inability to appear in person. Defendant further requested permission for Defendant's CEO Daniel Hereford to appear telephonically at the hearing along with Defendant's counsel (the "Request").

Having considered Defendant's Request, the Court hereby **ORDERS**:

(1) Defendant's Request is **GRANTED** in its entirety;

(2) Defendant's counsel may appear telephonically at the December 12, 2022 hearings on (1) Plaintiff's Motion and Unopposed Motion and for Final Approval of Class Action Settlement, and (2) Plaintiff's Unopposed Motion for Attorneys' Fees; and

(3) Defendant's CEO, Daniel Hereford, may appear telephonically at the December 12, 2022 hearings on (1) Plaintiff's Motion and Unopposed Motion and for Final Approval of Class Action Settlement, and (2) Plaintiff's Unopposed Motion for Attorneys' Fees.

**IT IS SO ORDERED.**

DATED: December 12, 2022

Honorable Cormac J. Carney
United States District Court

ORDER GRANTING DEFENDANT'S REQUEST FOR REMOTE APPEARANCE