# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GIFFORD, MARY LOU MOLINA, RANDY MILAND, KAREN PERRI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PETS GLOBAL INC., a California Corporation,<br><br>Defendant. | **Case No. 2:21-cv-02136-CJC-MRW**<br><br>**JUDGMENT**<br><br><u>**HEARING**</u><br>Dated: November 21, 2022<br>Time: 1:30 pm<br>Courtroom: 9B<br>Judge: Hon. Judge Cormac J. Carney |

ORDER
CASE NO. 2:21-CV-02136-CJC-MRW - 1

IT IS on this 19th day of December 2022, HEREBY ADJUDGED AND DECREED:

1. Judgment is entered and Class Counsel shall be awarded $405,960 in Attorneys' Fees and $60,828 in litigation Expenses, which is approved as fair and reasonable, in accordance with the terms of the Settlement.

2. Plaintiffs shall be awarded the following Incentive Awards in their capacity as Plaintiffs in this Action: Paul Gifford $5,000, Randy Miland $5,000, and Mary Lou Molina $5,000.

3. The Attorneys' Fees, litigation Expenses, and Incentive Awards shall be sent to Plaintiffs' counsel by Defendant pursuant to the deadlines with the Settlement Agreement, which is by January 27, 2023.

4. The Court will retain jurisdiction over the Parties and the Action for the reasons and purposes set forth in this Judgment, the Final Order Approving Class Action Settlement, and the Final Order Approving Attorneys' Fees and Expenses and Incentive Awards, and the Final Judgment in Dkt. 70. Without in any way affecting the finality of these Final Orders and/or this Judgment, this Court expressly retains jurisdiction as to all matters relating to the administration, consummation, enforcement, and interpretation of the Settlement and of these Final Orders and Judgment, and for any other necessary purpose.

DATED: December 19, 2022

_____
The Honorable Cormac J. Carney

**CC: FISCAL**